27,322-08,09,10

August 31, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
State of Texas
PO Box 12308, Capitol Station
Austin, TX 78711-2308

Dear Clerk of the Court:

    RE:  Ex parte Brent Alan McLean
         WR-27,322-08 / WR-27,322-09 / WR-27,322-10

I filed motions for reconsideration (Ex parte Moussazadeh, 361 S.W.3d 684) in the above referenced cases a few months back and was wondering if the Court had made a determination as to the claimed mistakes of the trial court used to dismiss these writs in the first place.

The trial court, on recommendation from the District Attorney of Collin County, determined that the reason I was not eleigible for mandatory supervision was because of my conviction for sexual performance by a child in 2005, when in fact that conviction became final before that ineligible conviction was placed on Texas Government Code §508.149 in September 2005. I was finally convicted of that offense in March, 2005, so it does not apply to me. The DA's office mistakenly used the September 2005 law to say that I was ineleigible for release to mandatory supervision when in fact I was eligible in 2013 when the Parole Board denied my release on June 5.

Thank you for your assistance in this matter, and I await your quick reply.

Sincerely,

Brent Alan McLean 3663292
Boyd Unit - 200 Spur 113
Teague, TX 75860-5174